SHERIN, Respondent, v. EASTWOOD et al., Appellants.

(142 N. W. 179.)

**Appeal—Error—Judgment Roll—Affirmance.**

> No error appearing on judgment roll—all other matter having been stricken from record, (32 S. D. 95, 142 N. W. 176), judgment below is affirmed.

(Opinion filed June 24, 1913.)

Appeal from Circuit Court, Codington County. Hon. CARL G. SHERWOOD, Judge.

Action by A. Sherin against George H. Eastwood and another. From a judgment for plaintiff, defendants appeal. Affirmed.

*George H. Marquis, Wilbur S. Glass,* and *Walter H. Shurtleff,* for Appellants.

*Sherin & Sherin,* for Respondent.

SMITH, J. Appeal from circuit court of Codington county. Respondent's motion to strike from the abstract and record all matters save the judgment roll proper having been sustained (Sherin v. Eastwood, 142 N. W. 176), and no error appearing in the judgment roll, the judgment of the trial court is affirmed.

GATES, J., not sitting.